Re: Oz Gentlemen's Club

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of my performing at Oz Gentlemen's Club in connection with the above-referenced lawsuit.

2. I work/worked as an exotic dancer for Oz Gentlemen's Club in Clearwater, Florida, in August 2020.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or resolutions of this action under the federal wage law.

4. I hereby designate John P. Kristensen of Kristensen LLP at 12540 Beatrice Street, Suite 200, Los Angeles, California 90066 to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning all aspects of the litigation.

Signature: _____
Date: 10/1/2021
Name: Kaitlyn Roush

Send your consent form to any of the following firms, via e-mail, fax, U.S. Mail, screenshot then e-mail or screenshot and text**:

John P. Kristensen
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
**Text or Call: (310) 913-1201
Fax: (310) 507-7906
*john@kristensenlaw.com*