UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESTINEE DALE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GULF COAST HOLDINGS, LLC dba OZ'S GENTLEMEN'S CLUB, a Florida Limited Liability Company; PAUL SCAGNELLI, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,

    Defendants.

Case No.: 8:21-cv-02246-TPB-CPT

_____ /

## AMENDED MOTION FOR JOHN P. KRISTENSEN TO APPEAR *PRO HAC VICE*; CERTIFICATION, WRITTEN DESIGATION, AND CONSENT TO ACT

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, plaintiffs Destinee Dale, Alana McRae, Julie Zats, Kaitlyn Roush, and Marilyn Maas ("Plaintiffs"), by and through their undersigned counsel,

move this Court for an order allowing John P. Kristensen to appear in this Court as co-counsel on behalf of Plaintiff in the above styled lawsuit. In support of this motion, Plaintiffs state:

1. John P. Kristensen, managing partner at Kristensen LLP, 12540 Beatrice Street, Suite 200, Los Angeles, California 90066, has been retained to represent Plaintiffs as co-counsel in all proceedings conducted in this cause.

2. Mr. Kristensen does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Mr. Kristensen is not a Florida resident and is not a member of The Florida Bar.

4. Mr. Kristensen is a member of good standing and admitted to practice before the State of California. In addition, Mr. Kristensen is admitted in the United States District Courts for the Northern District of California, Eastern District of California, Southern District of California, and Central District of California, Western District of Wisconsin, Eastern District of Wisconsin, District of Colorado, Southern District of Florida, Middle District of Florida, Northern District of Florida and District Court for the District of Columbia.

5. Mr. Kristensen is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04

thereof. Mr. Kristensen is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Within the last thirty-six months, Mr. Kristensen has appeared in Florida in the cases identified below:

    a. *A. v. Gold Club, Inc., et al.*, 8:19-vb-03097-VMC-TGW (M.D. Fla. 2019);

    b. *Shakeena Rice, et al. v. Mr. T's, Inc., et al.*, 3:20-cv-05695-TKW-EMT (N.D. Fla. 2020);

    c. *Destiny Shelton, et al. v. 11USA Group, LLC, et al.*, 1:20-cv-21839-MGC (S.D. Fla. 2020); and

    d. *Joby Aquino, et al. v. BT's On the River, LLC, et al.*, 1:20-cv-20090 RNS (S.D. Fla. 2020).

7. Mr. Kristensen designated Raymond R. Dieppa and the law firm of FLORIDA LEGAL, LLC, 12550 Biscayne Boulevard, Suite 405, North Miami, Florida 33181, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

8. Through his signature affixed below, Raymond R. Dieppa of the law firm of FLORIDA LEGAL, LLC, hereby consents to such designation.

AMENDED MOTION FOR JOHN P. KRISTENSEN TO APPEAR PRO HAC VICE; CERTIFICATION, WRITTEN DESIGNATION, AND CONSENT TO ACT     PAGE 3

9. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Raymond R. Dieppa certifies that Mr. Kristensen has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Plaintiffs respectfully request that this Court to enter an order admitting Mr. Kristensen to practice before this Court pro hac vice.

## MEMORANDUM OF LAW

Plaintiffs' motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that that the parties, through their counsel, met and conferred regarding the present Motion. Pursuant to those meet and confer efforts, Defendants' attorney, Luke Charles Lirot, expressed Defendants' non-opposition to John P. Kristensen's appearance in this matter.

Dated: October 25, 2021         /s/ *Raymond R. Dieppa*
                                Raymond R. Dieppa, Esq.
                                Florida Bar No. 27690
                                **FLORIDA LEGAL, LLC**
                                12550 Biscayne Blvd. Suite 405

North Miami, Florida 33181
Telephone: (305) 901-2209
Fax: (786) 870-4030
ray.dieppa@floridalegal.law

**KRISTENSEN LLP**
John P. Kristensen (*Pro Hac Vice* Applicant)
Email: *john@kristensenlaw.com*
12540 Beatrice Street, Suite 200
Los Angeles, California 90066

***Attorneys for Plaintiffs***

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DESTINEE DALE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GULF COAST HOLDINGS, LLC dba OZ'S GENTLEMEN'S CLUB, a Florida Limited Liability Company; PAUL SCAGNELLI, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02246-TPB-CPT |

_____ /

## CERTIFICATION OF JOHN P. KRISTENSEN

Pursuant to Local Rule of the Special Rules Governing the Admission and Practice of Attorneys, I, John P. Kristensen, hereby certify that: (1) I have studied the Local Rules of The United States District Court for the Middle District of Florida; and (2) I am not a Florida resident nor admitted to The Florida Bar; and (3) I am a member in good standing of the State Bar of California and the United

States District Courts for the Northern District of California, Eastern District of California, Southern District of California, and Central District of California, Western District of Wisconsin, Eastern District of Wisconsin, District of Colorado, and District Court for the District of Columbia.

Executed this day, October 25, 2021, in Los Angeles, California.

_____
John P. Kristensen

## CERTIFICATE OF SERVICE

 I certify that on Tuesday, October 26, 2021 a true and correct copy of the attached **AMENDED MOTION FOR JOHN P. KRISTENSEN TO APPEAR** *PRO HAC VICE*; **CERTIFICATION, WRITTEN DESIGNATION, AND CONSENT TO ACT** and accompanying document were served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Luke Charles Lirot
**LUKE CHARLES LIROT, PA**
Suite 190
2240 Bellair Rd.
Clearwater, FL 33764
Phone: (727) 536-2100
Fax: (727) 536-2110
Luke2@lirotlaw.com

***Attorneys for Defendants***

                   */s/ Raymond R. Dieppa*
                   Raymond R. Dieppa