# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DESTINEE DALE, individually and on behalf of all others similarly situated, | ) **Case No.: 8:21-cv-02246-TPB-CPT** |
| Plaintiff, | ) **COLLECTIVE ACTION** |
| v. | ) **PLAINTIFF'S FIFTH NOTICE OF CONSENT TO JOIN** |
| GULF COAST HOLDINGS, LLC dba OZ'S GENTLEMEN'S CLUB, a Florida Limited Liability Company; PAUL SCAGNELLI, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive, | ) |
| Defendants. | ) |

**COMES NOW** plaintiff Destinee Dale ("Plaintiff"), named plaintiff herein, by and through her undersigned counsel, and hereby gives notice of the attached Consent to Sue form with respect to the following person, who opts in to this matter as plaintiff:

- Christina Graffam
- Fallon Earls

Dated: August 8, 2022

/s/ *Raymond R. Dieppa*
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
**FLORIDA LEGAL, LLC**
12550 Biscayne Blvd., Suite 405
North Miami, Florida 33181
Telephone: (305) 901-2209
Fax: (786) 870-4030
*ray.dieppa@floridalegal.law*

John P. Kristensen
**CARPENTER & ZUCKERMAN**
8787 W. Olympic Boulevard
Beverly Hills, CA 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
*kristensen@cz.law*
(*Pro Hac Vice* forthcoming)

Jarrett L. Ellzey
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Facsimile: (888) 995-3335
*jarrett@ellzeylaw.com*
(*Pro Hac Vice* forthcoming)

***Attorneys for Plaintiff and all others similarly situated***

## CERTIFICATE OF SERVICE

      I certify that on Monday, August 08, 2022 a true and correct copy of the attached **PLAINTIFF'S FIFTH NOTICE OF CONSENT TO JOIN** was served via CM/ECF transmission upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Luke Charles Lirot
Florida Bar Number 714836
**LAW OFFICE OF LUKE LIROT, P.A.** 2240 Bellair Rd., Suite 190
Clearwater, FL 33764
Phone: (727) 536-2100
Fax: (727) 536-2110
Email: *luke2@lirotlaw.com*
       *krista@lirotlaw.com*
       *office@lirotlaw.com*
***Attorneys for Defendants***

                                                  */s/ Raymond R. Dieppa*
                                                   Raymond R. Dieppa